# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL VITIELLO, JR. and, AMY VITIELLO | : | 3:19-cv-2066 |
| | : | |
| Plaintiffs, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| SAFECO INSURANCE COMPANY OF AMERICAN, LIBERTY MUTUAL INSURANCE COMPANY, and AMERICAN STATES INSURANCE COMPANY, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### May 19, 2020

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED THAT:**

1. Plaintiffs' Motion to Remand (Doc. 4) is **GRANTED**.

2. The Matter is **REMANDED** to the Lackawanna County Court of Common Pleas.

3. The Clerk of Court is directed to **CLOSE** this case.

s/ John E. Jones III  
John E. Jones III  
United States District Judge